**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
<u>Pensacola</u>   **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

<u>CURLEY ANTONIO EDLER</u>,

Inmate # <u>P27035</u>.

(Enter full name of Plaintiff)

vs.

CASE NO: <u>5.08cv275|MCR|HD</u>
(To be assigned by Clerk)

<u>Correctional Colonel / Schwarz</u>

<u>Correctional Captain / Scott</u>,

<u>Correctional Sergeant / D. Marsh</u>.

<u>Correctional Sergeant / Terry Watkins</u>,

<u>Correctional Sergeant / Bush G.R.</u>.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

<u>Correctional Captain / Thomas</u>
<u>Correctional officer / Beardin</u>
<u>Correctional officer / Whitman</u>
<u>Correctional officer / Johnson D.M</u>
<u>Correctional warden / T. Washington</u>
<u>Correctional officer / Teal Art. W.</u>
<u>Correctional officer / Jason Langford</u>
<u>Correctional officer / H.P. Forehand</u>
<u>Correctional Sergeant / Sexton</u>
<u>Correctional Captain / Durance</u>
<u>Correctional Classification officer / Hodge</u>
<u>D.O.C. Inspector General / Paul Decker</u>
<u>D.O.C. Inspector General / Coffee</u>
<u>D.O.C. Warden, Mtc. Hall</u>
<u>D.O.C. Nurse Dodds</u>
<u>D.O.C. Nurse Baker</u>
<u>D.O.C. Nurse Crystal Lumpkin</u>
<u>D.O.C. Mental Health / John Doe</u>
<u>D.O.C. Nurse Jane Doe</u>
<u>D.O.C. Nurse Barton</u>

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
PENSACOLA, FLA

2008 SEP -5 AM II: 17

FILED



## I.    PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:      CURLEY ANTONIO EDLER

Inmate Number          P27035

Prison or Jail:          PRISON

Mailing address:       Holmes Correctional Institution

3142 Thomas Drive

Bonifay Florida

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:     J. K Schwarz

Official position:     Correctional Colonel

Employed at:         Holmes Correctional Institution

Mailing address:     3142 Thomas Drive

Bonifay, Florida  32425

(2)   Defendant's name:     Scott

Official position:     Correctional Captain

Employed at:         Holmes Correctional Institution

Mailing address:     3142 Thomas Drive

Bonifay, Florida 32425

(3)   Defendant's name:     D. Marsh

Official position:     Correctional Sergeant

Employed at:         Holmes Correctional Institution

Mailing address:     3142 Thomas Drive

Bonifay, Florida 32425

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

(4.) Defendants Name: Terry, Watkins
   official Position: Correctional Sergeant
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay Florida 32425


(5.) Defendants Name: Bush G.R.
   Official Position: Correctional Sergeant
   Employed At: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425


(6.) Defendants Name: Thomas
   official Position: Correctional Captain
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425

(7.) Defendants Name: Berdin Beardin
   official Position: Correctional officer
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425

(8.) Defendants Name: Whitman
   official Position: Correctional officer
   Employeed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida

(9.) Defendants Name: Johnson D.M
   Official Position: Correctional officer
   Employeed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida

(10.) Defendant's Name: T. Washington
   official Position: Correctional Assistant Warden
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida

(11.) Defendant's Name: Teal Art. W
   official Position: Correctional Officer
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida 32425

(12.) Defendant's Name: Jason Langford
   official Position: Correctional officer
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida 32425

(13) Defendant's name: K.P. Forehand
   official Position: Correctional officer
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida 32425

(14.) Defendant's name: Sexton
   official Position: Correctional Sergeant
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida 32425

(15.) Defendant's Name: Durance
   official Position: Correctional Captain
   Employed at: Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
               Bonifay, Florida 32425

(16.) Defendants name: Hodge
   official Position: ~~Correctional officer~~ Classification officer
   Employed at : Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425

(17.) Defendants name: Paul Decker
   official Position: D.O.C Inspector General
   Employed at : 2601 Inspector General office Central Office
   Mailing Address: 2601 Blairstone Road
                    Tallahassee Fl. 32399 - 2500

(18.) Defendant's name: Coffee
   official Position: D.O.C Inspector
   Employed at: Central office Inspector General Tallahassee / Holmes Correctional Institution
   Mailing Address: 2601 Blairstone Road Tallahassee Florida
                    3142 Thomas Drive, Bonifay Florida 32425

(19.) Defendant's Name: ~~Mr. Hatt~~
   official Position: ~~Warden of Programs~~
   Employed at: ~~Holmes Correctional Institution~~
   Mailing Address: ~~3142 Thomas Drive~~
                    ~~Bonifay, Florida 32425~~

(20.) Defendants Name: Dodds
   official Position: Nurse
   Employed at : Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425

(21.) Defendants Name: Baker
   official Position: Nurse
   Employed at : Holmes Correctional Institution
   Mailing Address: 3142 Thomas Drive
                    Bonifay, Florida 32425

(22) Defendant's Name: ~~Crystal, Lumpkin~~
Official Position: ~~Nurse~~
Employed at: ~~Holmes Correctional Institution~~
Mailing Address: ~~3142 Thomas Drive~~
~~Bonifay, Florida 32425~~


(23.) Defendant's Name: Barton
Official Position: Nurse
Employed at: Holmes Correctional Institution
Mailing Address: 3142 Thomas Drive
Bonifay, Florida 32425

(24.) Defendant's Name: John Doe
Official Position: Mental Health official
Employed at: Holmes Correctional Institution
Mailing Address: 3142 Thomas Drive
Bonifay Florida. 72425

(25.) Defendants Name: Jane Doe
Official Position: Nurse
Employed at: Holmes Correctional Institution
Mailing Address: 3142 Thomas Drive
Bonifay, Florida 32425

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

**III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

**A.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

Yes( ✓ )                    No(   )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

**1.    Informal Grievance**

a.    Did you submit an informal grievance?

Yes(   )                    No( ✓ )

❖ If so, you must attach a copy of the grievance and response; exhibit ___.

b.    If not, why? Grievance of Sensative Nature ——————

**2.    Formal Grievance**

a.    Did you submit a formal grievance?

Yes( ✓ )                    No(   )

❖ If so, you must attach a copy of the grievance and response; exhibit ___.

b.    If not, why? _____

**3.    Appeal to the Office of the Secretary**

a.    Did you submit an appeal to the Office of the Secretary?

Yes( ✓ )                    No(   )

❖ If so, you must attach a copy of the appeal and response; exhibit ___.

b.    If not, why? _____

4.    Disciplinary Actions

a.    Did you have a disciplinary hearing concerning this matter?

Yes(✓)                          No(  )

❖  If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

b.    Did you lose gaintime as a result of the disciplinary hearing?

Yes(  )                          No(✓)

c.    Has the gaintime since been restored?

Yes(  )                          No(✓)

B.    **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

Yes(  )                          No(✓)

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

1.    Is there a grievance procedure at your institution or jail?

Yes(✓)                          No(  )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2.    Did you submit a grievance concerning the facts relating to your complaint?

Yes(✓)                          No(  )

3.    If your answer is YES:

a. What steps did you take? ~~Info~~ Formal / notice to Warden of Abuse ~~Grievance~~

b. What were the results? Sent back to be resubmitted, to so many forms of the same Grievance Resubmitted on August 24, 2008
❖ If so, you must attach a copy of the grievance and response; exhibit ___.

4.    If your answer is NO, explain why not: _____

_____

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

## IV.   PREVIOUS LAWSUITS

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes(   )                          No( ✗ )

1. Parties to previous action:
   a.   Plaintiff(s): _____
   
   b.   Defendant(s): _____

2. County and judicial circuit: _____

3. Name of judge: _____

4. Approximate filing date: _____

5. If not still pending, date of dismissal: _____

6. Reason for dismissal: _____

7. Facts and claims of case: _____
   _____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(   )                          No( ✗ )

1. Parties to previous action:
   a.   Plaintiff(s): _____
   
   b.   Defendant(s): _____

2. District and judicial division: _____

3. Name of judge: _____

4. Approximate filing date: _____

5. If not still pending, date of dismissal: _____

6. Reason for dismissal: _____

7. Facts and claims of case: _____
   _____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(   )                         No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

   1. Parties to previous action:
      a.   Plaintiff(s): _____
      b.   Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____
   7. Facts and claims of case: _____
      _____

   **(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(   )                         No( ✓ )

   1. Parties to previous action:
      a.   Plaintiff(s): _____
      b.   Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____   Case Docket # _____
   4. Approximate filing date: _____   Dismissal date: _____
   5. Reason for dismissal: _____

   **(Attach additional pages as necessary to list cases.)**

6

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

(WHO)(WHAT)(WHEN)(WHERE)(How)(WHY) ON-August 2, 2008 at approximately 1:15 p.m. I was inside of "Charlie Dorm", Wing 2 which in fact is the Dorm that Holmes-Correctional Institution have me housed in. At approximately 12:50 A.M. (Correctional Sergeant D. Marsh)(Correctional officer Teal, Art W.) were observing me when I was coming through "Center Gate", as I entered Wing #2 of Charlie Dorm", (Correctional Officer Teal Art W.)(Correctional Sergeant D. Marsh) entered the same Dorm (Charlie) the exact same wing (#2) at a fast pace of speed speed, and then began to state out loud "Who sleeps on (Bunk 2105-L) I then at that time stepped forward and advised them "I sleep-on (Bunk 2105-L), At this time (Correctional Sergeant D. Marsh) then demanded for me to report to the "Laundry "room, When I entered the "Laundry Room", (Correctional Sergeant D. Marsh) then at this time "Slammed" the door behind me and demanded I submit to handcuffs, At this time I then asked "why Was I going to Confienment?" (Correctional Sergeant D. Marsh) then at this time Verbally "Stated to me "Honestly I don't Know, I was told to Come escort you to Confienment." I then asked Correctional officer-Teal, Art W.) Why was I going to Confienment? he Correctional officer-Teal, Art W., then at this time Verbally "Stated to me", I don't Know ah.... refusing to get a hair cut", I then advised (both) Correctional-Sergeant D. Marsh) and Correctional officer Teal, Art W.) that "I just got my hair cut around the 27th or 28th of June" (Correctional officer Teal-Art W.) Then at this time advised me he didn't care and that I was still going to Confienment. I then asked to speak with the (Shift Supervisor Captain Scott) (Correctional Sergeant D. Marsh) then at this at time advised me he (Captain Scott) was with (Correctional Colonel Schwarz)

7

and he wasn't going to call _____, then asked if I wanted a statement, I then at this time stated "I don't understand why I'm going to Confinement". (Correctional Officer Teal, Art W.) then at this time Verbally stated to me "We'll think of something". When (myself) and (Correctional sergeant D. Marsh) departed wing #2 of Charlie-Dorm- the back door of the "Laundry Room" I escorted to Medical by (Correctional Sergeant-D. Marsh) for a pre-confinement check, upon my arrival into the Health and Classification-Department, located here at Holmes Correctional Institution" upon entry into the Health-and Classification Department, I then at this time became familiar with (Correctional-officer K.P. Forehand) standing at the entry door that leads inside the "Medical-Department" on the Inside of this "Building". (Correctional officer K.P. Forehand) then Verbally stated to me "Well", "Well", "Well", look what we have here. I was escorted to the 2nd (Second) room on the (left) with were I awaited a nurse to come in and do my pre-confinement assesment (Correctional Sergeant D. Marsh) was in the room as well. Approximately (5) minutes later (Nurse Baker) entered the room to conduct my pre-confinement assesment, (D.O.C. Nurse Baker) asked me "Do you have any injuries"? I then advised her that I had (no) enjuries, (D.O.C. Nurse Baker) then asked me "Are you hurting anywhere"? "Are you in any type of pain"? I then advised her that I wasn't hurt nor were I experiencing any pain, at this time (D.O.C. Nurse Baker) then advised (Correctional Sergeant D. Marsh) that she was finished with my pre-confinement-assesment, I then advised (D.O.C. Nurse Baker) that she haven't taken my vital signs while my vital signs was being taken, I was again asking (Correctional Sergeant -D. Marsh) Why was I going to Confinement, he then said "EDLER" honestly I don't know. (Correctional officer K.P. Forehand) then said to me "EDLER" "shut the Fuck up you whine like a Bitch all the time", I then at this time said to (Correctional officer K.P. Forehand) "Fuck You" (D.O.C. Nurse Baker) then advised she was finished, While being escorted out of the Nurse(s) room (exiting) the medical department, Correctional Officer K.P. Forehand followed, When the door closed that we came out of (Correctional officer K.P. Forehand) then told (Correctional Sergeant D. Marsh) to take me through the door that were in (front) of us, to the hallway where the Classification officer(s) offices are, and Intentionally-and Unlawfully "Sexually Abused" me he (Correctional officer K.P. Forehand) grabbed me from behind and pressed my face into the wall real hard with his right hand around my neck. When the phone rang that was in his pocket he (Correctional officer K.P. Forehand) then released me and went to the end of the hall, while he was on the phone, and gestered to (Correctional-Sergeant D. Marsh) to hold his position (Correctional Sergeant D. Marsh) then in fact took hold of my right arm. When (Correctional officer K.P. Forehand) hung up the phone, he then walked back up to me and grabbed me under my "Jaw" and pressed the back of my head against the wall real hard, I then at this time felt something pop in my Jaw, when (Correctional officer K.P. Forehand) Spun me around with my face towards the wall, he (Correctional officer K.P. Forehand) then at this time began "Kneeing" me in the lower parts of my "Back", When I couldn't stand any longer because of the "strikes" I was experiencing from (Correctional officer K.P. Forehand) Knees. At this time I fell down on the floor, And screamed out for a Medical emergency, and at this time I looked up and observed (Correctional-officer K.P. Forehand) Unzip his pants, and told (Correctional Sergeant D. Marsh) to watch the door, at this time (Correctional officer K.P. Forehand) then pulled his "Penis" out of his pants and began to "Prime" until his "Penis" became hard while at the same time "Demanding" that I give him "Oral Sex" at this time I remained on the floor bawled up in "fear" for my "Life" at this time (Correctional Officer K.P. Forehand) stood over me with his "Penis" in his hand saying "Fuck You", "Fuck You" At this time (Correctional officer K.P. Forehand) Verbally stated to me "If you tell anybody about this shit, I will fucking get rid of your ass—

someone was coming, at this time (Correctional officer K.P. Forehand) then put his "Penis" away snatched me up and (Correctional Sergeant D. Marsh) rushed me down the hallway, at this time I was yelling for (Sergeant D. Marsh) to take me to medical because I was in severe pain I was experiencing and I then at this time asked (Correctional Sergeant D. Marsh) "How can you let (Correctional officer K.P. Forehand) do that to me you a Sergeant?" (Correctional Sergeant D. Marsh) then at this time stated to me "I didn't see anything". At this time I became even more "Infuriated" and upon my arrival into administrative confienment, I became familiar with (Correctional officer Jason Langford) Jason, Langford) I then tried to calmly explain to him what Just took place, he then at this instance "Demanded" that I shut the "Fuck Up", when (Correctional Sergeant D. Marsh) heard me attempt to explain what happened, he then said to (Correctional officer Jason, Langford) we are gonna "Gas" the shit out of him. At this time (Correctional officer Jason, Langford) then put me in the shower to be stripped searched I then refused to take off my clothes, because of what Just happened to me not even (30 minutes) ago) (Correctional officer Jason, Langford) then put me in a cell by myself and said to me in a very "Low Tone" "We are going to get them "clothes" of yours one way or another, and if you tell anybody we are gonna get "Rid" of your ass". Approximately (20) minutes later I then observed (Captain Scott) approach my cell, and I advised him of what Just took place, he then asked me "Do you Want to play that Game", I then at this time advised (Correctional Captain Scott) Thats not a "Game" and that I was "Intentionally and ulawfully Sexually Abused", by (Correctional Officer K.P. Forehand) and that I wanted and needed a Medical Emergency (Correctional Captain Scott) then said if I went to medical If you go to medical then that meant mean you want to Play the Game" and "If you don't go to Medical then that mean I don't want to Play the Game and you will keep everything quiete quiet and nothing will happen.

On August 2, 2008 at approximately 4:20 p.m. I observed (Correctional Sergeant Terry, Watkins) approach my cell door (Y-2101) and I advised him that I needed a medical emergency, he (Correctional Sergeant Terry, Watkins) at this time stated to me "You will need a medical emergency when I get done Gasing the Fuck out of you. I then became very upset dizzy and light headed, and I remembered that the nurse got to bring me medication anyway. So I at this point laid down until she came, When (nurse Dodds) arrived with to bring me medication, I then advised her of what happened but never mentioned anything to her about the "Sexual Part" due to facts that there were three officer(s) in the room including (Correctional Sergeant Terry, Watkins) while I was getting ➡

will wake up in a body bag" and (Correctional Sergeant Terry, Watkins) then said "We will find a way to cover it up. D.O.C. (nurse Dodds) then observed "Dried Blood" on my neck, and she came back to clean the wounds with some "Peroxide," (Department of Corrections Nurse Dodds) employeed here at Holmes Correctiona Institution gave me some Vitamins a and d Ointment and (2) bandaids, then advised me to ge keep the ointment on the cuts to keep it from getting infected. When I was being escorted back to my cell (Correctional Sergeant Terry, Watkins) then said to me "You started the Game". On (August 5, 2008), (Correctional Colonel Schwartz) then came to my cell (Y-2101) in Administrative Confienment and stated to me "You need to tell your Lawyer to stop calling up here", he then went onto saying "I have an Attorney to and Mine probaly better than yours Since your in Prison." (Colonel Schwarz) then stated to me, "If you tell anybody about the "Sexual Abuse" I would make sure you "Rot" in Confienment. I then advised (Correctional Colonel Schwarz) that would Cruel Punishment, (Correction al Colonel Schwarz) then said to me it aint Cruel when it's) based on officer(s) statement. On August 5, 2008 - I recieved a Displinary Report from (Correctional Officer Bush G.R.) Retaliation - August 6, 2008 I recieved a Displinary Report from (Correctional officer Jason, Langford) August 6, 2008 - Retaliation - I recieved a Displinary-Report from (Correctional Officer C.C. Sanders) Retaliation - August 6, 2008 - I recieved a Displinary report from (Correctional Sergeant Terry, Watkins) based on officer(s) statement I was found guilty and sentenced to (180) days Displinary Confienment On August 2, 2008 I was also given a Displinary Report by Correctional officer Teal, Art W. and Correctional Officer K.P. Forehand (30) days Consecutive for all Displinary Reports. There were a letter Filed to the "District Court of Appeal", Where I currently have a Criminal Appeal pending review and the letter were sat forwarded to "Tallahassee" to the Inspector General Paul Decker, I also sent attorney that was Currently representing me on Criminal Appeal a letter alledging "Abuse", he has also furnished a copy to the Inspector-General, requesting that they Investigate the matter of abuse. I have made to s spoken to "Investigator" Coffee regarding the letter that got sent for from the Drs forwarded from the "District Court of Appeal" on August 8, 2008 - Sent request to him Concerning officer(s) retaliating against me, never recieved a response. August 22, 2008 - Spoken to D. Investigator Coffee Coffee again Concerning a "Notice" of "Sexual Abuse" that I sent to the "Warden" of the Institution, and there were a "Recorded tape" done on (August 8, 2008) (August 22, 2008) I have been assesed again by Medical nurse: Barton who have Called me a "lieing Motherfucker", because she and I

ployed here at Holmes Correctional Institution further alleged to me that she "refuse" to help me or treat me for any reason in which I might become sick. I then advised (Inspector General- Paul Decker) that in a letter that I've sent that I didn't feel comfortable speaking with Inspector Coffee, due to facts that he works amoung these Correctional Officer(s) every and it puts me at a higher risk of Retaliation". I have alleged that my Life is in Danger, I have asked & for Protective Custody" I was Denied that as well.

On August 12. On August 12, 2008) I went to Displinary Hearing "Captain Durance" and Classification Officer Hodge, was the Displinary Hearing members, they have refused to let me present evidence to prove my Innocense" "Captain Durance" told me to "take that evidence and shove it up my ass" like (Correctional officer K.P. Forehand) started to shove his "Dick down my throat" and Classification (Hodge) then further said to me "Because you have reported the "Abuse" after you were told not to, we are going to give you (90 days) Displinary Confienment, and he said to me get the Fuck out of here and then advised me to suck his Dick!

                    "RETALIATION STRIKES"

August 29, 2008 - (Correctional CAPTAIN Thomas Approached my cell door and said to me "If you file one more Grievance on I'll fucking Kill you.

August 28, 2008- Correctional officer Johnson D.M. told me he lives on (21) something "Prospect Rd." and advised me when the "Investigation" is over he will make sure I get "Gased".

I also spoken very briefly to (Assistant Warden T. Washington) who advised me she don't give a damn if the officer(s) Rape or Beat me to death, she also advised me I will get the short end of the stick.

August 29 2008 - Correctional Captain Thomas returned to my cell door and while conducting his morning rounds, and said to me "You will get whats Coming and if its left up to me I will make an Inmate "Rape" and "Kill" you and Cover it up by telling the Investigator(s) you were fighting.

August 26, 2008 - Correctional Sergeant Sexton moved me from Cell #2101-L and housed me in the very last cell so no one is able to see or hear me if something bad happened to me. I was taoten out of the Cell that was in the front of the Confienment unit and placed me in the very last cell of the Confienment Unit. Upon entry into the Cell

l-2212 I was advised by the Inmate that was in there already (Inmate

Sexton) asked him before he put me in there if his desk can be seen from the crack in

the door, and told him "The Inmate we are about to put in here whatever you do

to him we don't see nothing. Captain

August 28, 2008 - Correctional Sergeant Sexton told me "If you file one more fucking

"Grievance" on me that "Pretty" little Ass" you got Im gonna make sure someone finds

their way in it "I then tried to "Inform" Captain Thomas he then told me it was gonna

happen if he get(s) one more Grievance from me on his shift.

August 28, 2008 - Correctional Officer Beardin told me (Correctional officer K.P. Forehand) told him

to tell me that Ive done Fucked up for taking this matter to the Inspector General, and

that (Sergeant D. Marsh) Correctional was is going to bring an Inmate to Confienment to Finish

what (Correctinal officer K.P. Forehand) started.

August 28, 2008 - Filed Grievance on (Sexton) Sergeant I have found razor Blades (small pieces) in

my food tray.

August 30, 2008 - (Correctional Officer Whitman) approached my cell door (H-2212) and

told me to stop writing up his officer(s) or he would have my ass "Gased"

and that he would make sure I get enough to Cause me harmful "Side effects"

and while Im being "Gased" he would make sure someone will be put in my cell

to "Fuck" me real good.


                                    "Note"

I have Stressed to these official(s) that I would like protective Custody, I

was Denied that, I have also sent letters to my "Appeal Attorney" and

asked him to send copies to the "Govenor" "Hews Room", "A.c.l.u." an

the N.A.A.c.P. In case something happens to me. This is why I

Can't wait on the "Appeal from the Secretary's office, I am

experiencing more and more "retaliation" every day. I have almost

3 hundred and some day(s) in Displinary Confienments I am in total

fear for my "Life" I am mentally, Emotionally distressed, I have

been the same every since this Incident, I am Unable to make copi

of this "Law Suit" because they tell me here it's not a Criminal Proce

                        Sincerely Cecily Antons Ed

**VI.   STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been
violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If
claims are not related to the same basic incident or issue, they must be addressed in a separate
civil rights complaint.

1.) CRUEL Unusual Punishment 8th Amendment - Physical an Sexual Abuse

2.) Cruel Unusual Punishment 8th Amendment- Continuing to let my life
be at and in Danger.

3) Excessive Force - 8th Amendment Cruel and Unusual Punishment

4.) The 8th Amendment Cruel and unusual Penishment Sexual Abuse

5.) Denied Medical Attention- Cruel and Unusual Punishment.

6.) Cruel and Unusual Punishment - Unlawfully Segregated

7. ) Got the right to be free from Verbal, physical, Sexual abuse, Cruel and Unusual 8th amendment.

**VII.   RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Indunctive Relief

Dedartory Relief

Preliminary inJunction

Compensatory damages

Punitive damages

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT,
INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

August 31, 2008
(Date)                                    (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 31st day of August , 20 08.

(Signature of Plaintiff)

Revised 07/02

8

Please be advised that the "Displinary Reports" I'm sending is the officers, Retaliation Retaliation D.R.(s) the Displinary Report(s), all have receipts to them they are all under Appeal, I'm innocent I have pled "Guilty," on to (2) D.R.(s), because I am guilty but the rest of the Displinary Reports is to show proof that the officers are just writing me "Displinary Reports" so they Can send me to Close Management. I have appealed every D.R. within the Institution and while awaiting response, Retaliation strikes me every day, I don't know what else to do I have a total of (210 day) in Confinement with more Displinary Reports I haven't gotten yet I am suffering "Unlawfully" here, I have tried other sources to get help, I have sent out letters to other sources, but the Correctional Official(s) here are Causing me depression- I am Mentally and Emotionally distressed, I have reported this too "Mental Health", I'm having dreams about this officer Rapeing and Killing me, I am waking up in the Middle of the night in Cold sweats I'm not eating or sleeping like I suppose to, I'm hearing voices of telling me to do something to this officer I need help, someone please help. Sincerely, Edd Curly Antonio

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-028 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

05A (VIOLATION(S) OF 33-601(DISCPLN))

| 8/19/08 | 0808-107-028 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

```
ISSO150 (01)              FLORIDA DEPARTMENT OF CORRECTIONS    √ ∂¹⁰¹ᵘ      08/04/2008
                          CHARGING DISCIPLINARY REPORT
                                LOG # 107-081145
------------------------------------------------------------------------------------
DC#: P27035    INMATE NAME: EDLER, CURLEY A.                       INFRACTION
VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER                   DATE: 08/02/08
FACILITY CODE:  107     NAME:  HOLMES C.I.                         TIME: 11:45
------------------------------------------------------------------------------------
```

I.    STATEMENT OF FACTS
      INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
      33-601.314, 6-1 DISOBEYING ORDERS.  ON SATURDAY, AUGUST 2,
      2008 AT APPROXIMATELY 11:45AM, WHILE ASSIGNED AS INTERNAL
      SECURITY OFFICER, I OBSERVED INMATE EDLER, CURLEY (P27035)
      DEPART THE CHOW HALL WITH HIS PANTS BELOW HIS WAIST LINE.  I
      INSTRUCTED INMATE EDLER TO PULL HIS PANTS UP PROPERLY.  HE
      BECAME ARGUMENTATIVE AT THIS TIME.  I INSTRUCTED INMATE              ✶
      EDLER TO HAVE A SEAT AT THE CENTER GATE BENCH.  UPON           APPEALED
      FINISHING FEEDING, INMATE EDLER WAS NOT PRESENT AT CENTER
      GATE AS INSTRUCTED.  AFTER COUNT, AT APPROXIMATELY 1:15PM, I     30 days
      ENTERED WING TWO OF C-DORM AND OBSERVED INMATE EDLER COMING       DK
      OUT OF THE DAYROOM.  THE SHIFT OIC WAS NOTIFIED FOR
      APPROPRIATE ACTION.  INMATE EDLER WAS PLACED IN
      ADMINISTRATIVE CONFINEMENT PENDING A REVIEW OF THIS REPORT.


   REPORT WRITTEN: 08/02/08, AT 14:05   OFFICER: TAW06 - TEAL, ART W
------------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _8 / 7 /08_ , AT _8.06AM_

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

              DELIVERED BY : __X__ - _O Hrul_____
------------------------------------------------------------------------------------

   NOTICE TO INMATE:
   AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
   CONDUCT, YOU ARE ADVISED THE FOLLOWING:
------------------------------------------------------------------------------------

   INVESTIGATION:
   AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
   DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
   OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
   THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
   OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
   SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
   HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
   TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
------------------------------------------------------------------------------------

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-044 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

05A (VIOLATION(S) OF 33-601(DISCPLN))

| 8/26/08 | 0808-107-044 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

ISSO150 (01)

FLORIDA DEPARTMENT OF CORRECTIONS    *y2101U*    08/04/2008
CHARGING DISCIPLINARY REPORT
LOG # 107-081143

------------------------------------------------------------------------

DC#: P27035   INMATE NAME: EDLER, CURLEY A.                    INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT              DATE: 08/02/08
FACILITY CODE:  107    NAME:  HOLMES C.I.                      TIME: 13:15

------------------------------------------------------------------------

I.   STATEMENT OF FACTS
     INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
     33-601.314, 9-17 DISORDERLY CONDUCT.  ON SATURDAY, AUGUST 2,
     2008 AT APPROXIMATELY 1:15PM, WHILE ASSIGNED AS HEALTH AND
     CLASSIFICATION OFFICER, I WAS PRESENT IN MEDICAL WHEN INMATE
     EDLER, CURLEY (P27035) WAS GETTING A PRE-CONFINEMENT CHECK.
     UPON BEING ESCORTED OUT OF THE EXAM ROOM BY SERGEANT D.
     MARSH, INMATE EDLER BECAME DISORDERLY AND BEGAN TO YELL, "
     FUCK YOU MOTHERFUCKERS!  ALL OF YOU CAN SUCK MY DICK!"  I      *Appealed*
     ORDERED INMATE EDLER TO CEASE HIS DISRUPTIVE BEHAVIOR, TO NO
     AVAIL.  INMATE EDLER CONTINUED HIS DISORDERLY BEHAVIOR WHILE    *8-24-08*
     BEING ESCORTED OUT OF MEDICAL TO ADMINISTRATIVE CONFINEMENT
     BY SERGEANT MARSH.  THE SHIFT OIC WAS NOTIFIED FOR             *30 days*
     APPROPRIATE ACTION.  INMATE EDLER WAS PLACED IN                 *DIC*
     ADMINISTRATIVE CONFINEMENT PENDING A REVIEW OF THIS REPORT.


     REPORT WRITTEN: 08/02/08, AT 13:30   OFFICER: FKP01 - FOREHAND, K. P.

------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: *8 / 7 /08* , AT *8:07 AM*

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

          DELIVERED BY : _____X_____ - _____

------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

------------------------------------------------------------------------

*Colonel
(Schwartz)*

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-043 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

05A (VIOLATION(S) OF 33-601(DISCPLN))

| 8/26/08 | 0808-107-043 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

```
ISSO150 (01)                FLORIDA DEPARTMENT OF CORRECTIONS          08/08/2008
                            CHARGING DISCIPLINARY REPORT      γ?ιοιM
                                  LOG # 107-081171
```
------------------------------------------------------------------------
```
DC#: P27035   INMATE NAME: EDLER, CURLEY A.                    INFRACTION
VIOLATION CODE:  0013   TITLE: SPOKEN THREATS                  DATE: 08/06/08
FACILITY CODE:  107     NAME: HOLMES C.I.                      TIME: 17:00
```
------------------------------------------------------------------------

I.    STATEMENT OF FACTS
      INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
      33-601.314, 1-3 SPOKEN THREATS.  ON WEDNESDAY, AUGUST 6,
      2008 AT APPROXIMATELY 5:00PM, WHILE ASSIGNED AS                    30 Days
      ADMINISTRATIVE CONFINEMENT SUPERVISOR, I WAS MAKING A              DIC.
      ROUTINE SECURITY CHECK OF THE UNIT WHEN I APPROACHED CELL
      Y-2101, ASSIGNED TO INMATE EDLER, CURLEY (P27035).   INMATE
      EDLER APPROACHED THE CELL DOOR AND STATED, " I DONE SEEN YOU
      ON THE STREET BEFORE.  TALKED TO YOU THREE OR FOUR TIMES.
      YOU JUST DON'T REMEMBER."  HE THEN SMILED AND SAID, " WHEN I       APPEARED
      GET OUT OF HERE, I'M GOING TO FUCK YOU UP."  THE SHIFT OIC         8-24-08
      WAS NOTIFIED FOR APPROPRIATE ACTION.   INMATE EDLER REMAINS
      IN ADMINISTRATIVE CONFINEMENT PENDING A REVIEW OF THIS
      REPORT.


   REPORT WRITTEN: 08/06/08, AT 17:45   OFFICER: WTL02 - WATKINS, TERRY L.
```
------------------------------------------------------------------------

```
II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED:  8 /12 /08 , AT  7 28AM

           NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
           EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
           NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
           33-601, FLORIDA ADMINISTRATIVE CODE.

                   DELIVERED BY :  X    -  J. Shull
```
------------------------------------------------------------------------

```
NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
```
------------------------------------------------------------------------

```
INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
```
------------------------------------------------------------------------

```
DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
```
------------------------------------------------------------------------

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-031 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

05A (VIOLATION(S) OF 33-601(DISCPLN))

| 8/20/08 | 0808-107-031 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

ISSO150 (01)

FLORIDA DEPARTMENT OF CORRECTIONS
CHARGING DISCIPLINARY REPORT
LOG # 107-081169

Y2101U   08/08/2008

--------------------------------------------------------------------
DC#: P27035   INMATE NAME: EDLER, CURLEY A.                INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT          DATE: 08/06/08
FACILITY CODE:  107   NAME:  HOLMES C.I.                   TIME: 10:30
--------------------------------------------------------------------

I.    STATEMENT OF FACTS
      INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
      33-601.314, 9-17 DISORDERLY CONDUCT.  ON WEDNESDAY, AUGUST
      6, 2008 AT APPROXIMATELY 10:31AM, WHILE ASSIGNED AS
      ADMINISTRATIVE CONFINEMENT OFFICER, I WAS PASSING OUT THE
      NOON MEAL TRAYS WHEN I APPROACHED CELL Y-2101, WHICH IS
      ASSIGNED TO INMATE EDLER, CURLEY (P27035).  INMATE EDLER WAS
      STANDING AT HIS CELL DOOR AS I PLACED HIS TRAY ON THE CELL
      DOOR'S FOOD FLAP.  AT THIS TIME, INMATE EDLER SMILED AT ME
      AND PUSHED HIS FOOD TRAY OFF OF THE FOOD FLAP AND ONTO THE
      FLOOR.  HE THEN TURNED AROUND AND WENT BACK TO HIS BUNK AND       APPEALED
      LAID DOWN.  INMATE EDLER IS THE ONLY INMATE ASSIGNED TO THIS      30 days
      CELL.  THE SHIFT OIC WAS NOTIFIED FOR APPROPRIATE ACTION.         DIC
      INMATE EDLER REMAINS IN ADMINISTRATIVE CONFINEMENT PENDING A
      REVIEW OF THIS REPORT.


      REPORT WRITTEN: 08/06/08, AT 11:05   OFFICER: LJR17 - LANGFORD, JASON R
--------------------------------------------------------------------

II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: __8/12/08__, AT __729AM__

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

          DELIVERED BY : ____X___ - _____
--------------------------------------------------------------------

  NOTICE TO INMATE:
  AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
  CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------

  INVESTIGATION:
  AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
  DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
  OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
  THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
  OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
  SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
  HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
  TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-032 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

05A (VIOLATION(S) OF 33-601(DISCPLN))

| 8/20/08 | 0808-107-032 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

```
                        FLORIDA DEPARTMENT OF CORRECTIONS            08/08/2008
ISSO150 (01)               CHARGING DISCIPLINARY REPORT
                              LOG # 107-081170              √21014
------------------------------------------------------------------------
 DC#: P27035   INMATE NAME: EDLER, CURLEY A.              INFRACTION
 VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT        DATE: 08/06/08
 FACILITY CODE:  107    NAME: HOLMES C.I.                 TIME: 15:10
------------------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
     33-601.314, 9-17 DISORDERLY CONDUCT.  ON WEDNESDAY, AUGUST
     6, 2008 AT APPROXIMATELY 3:10PM, WHILE ASSIGNED AS
     ADMINISTRATIVE CONFINEMENT OFFICER, I WAS CONDUCTING A
     ROUTINE SECURITY CHECK ON WING TWO OF THE CONFINEMENT UNIT.
     AT THIS TIME, INMATE EDLER, CURLEY (P27035) IN CELL Y-2102
     CALLED ME TO HIS CELL DOOR AND BEGAN STATING, " YOU NEED TO
     GET THE FUCK OFF MY WING!  I'M GOING TO SUE ALL YOU       APPEALED
     MOTHERFUCKERS AT HOLMES C.I.!"  I ATTEMPTED TO COUNSEL WITH  30 days D/C
     INMATE EDLER ABOUT HIS DISRUPTIVE BEHAVIOR.  INMATE EDLER
     THEN STATED, " GET YOUR FAT ASS OFF MY WING!"  I GAVE INMATE
     EDLER A VERBAL ORDER TO GET ON HIS BUNK AND BE QUIET, TO
     WHICH HE COMPLIED.  THE SHIFT OIC WAS NOTIFIED FOR
     APPROPRIATE ACTION.  INMATE EDLER REMAINS IN ADMINISTRATIVE
     CONFINEMENT PENDING A REVIEW OF THIS REPORT.


  REPORT WRITTEN: 08/06/08, AT 17:00   OFFICER: SCC20 - SANDERS, C. C.
------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED:  _8/12/08_, AT _7:28AM_

        NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
        EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
        NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
        33-601, FLORIDA ADMINISTRATIVE CODE.

               DELIVERED BY :    X - D Shul
------------------------------------------------------------------------

 NOTICE TO INMATE:
 AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
 CONDUCT, YOU ARE ADVISED THE FOLLOWING:
------------------------------------------------------------------------

 INVESTIGATION:
 AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
 DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
 OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
 THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
 OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
 SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
 HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
 TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
------------------------------------------------------------------------

```
 30                90
 30                90
  30             180
   90
```

```
ISSO150 (01)              FLORIDA DEPARTMENT OF CORRECTIONS      H2101 L   08/22/2008
                            CHARGING DISCIPLINARY REPORT
                                LOG # 107-081233
```
--------------------------------------------------------------------------------
```
DC#: P27035   INMATE NAME: EDLER, CURLEY A.                        INFRACTION
VIOLATION CODE:  0013   TITLE: SPOKEN THREATS                      DATE: 08/20/08
FACILITY CODE:  107   NAME:  HOLMES C.I.                          TIME: 21:05
```
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS
     INMATE ELDER, CURLEY DC# P27035 IS BEING CHARGED WITH A
     VIOLATION OF CHAPTER 33-601,314, RULES OF PROHIBITED
     CONDUCT, 1-3 SPOKEN THREATS. ON AUGUST 20, 2008 WHILE
     ASSIGNED TO DISCIPLINARY CONFINEMENT OFFICER AT
     APPROXIMATELY 9:05PM WHILE CONDUCTING MASTER COUNT INMATE
     ELDER STATED TO ME, "IF YOU DONT TURN THAT MOTHERFUCKING FAN
     ON AND GET AWAY FROM MY DOOR I'M GOING TO SUE YOUR CRACKER
     ASS." THE SHIFT COMMANDER WAS NOTIFIED OF THIS INCIDENT AND
     AUTHORIZED THIS REPORT. INMATE ELDER REMAINS IN HIS CURRENT
     STATUS PENDING DISPOSITION OF THIS CHARGE.

     REPORT WRITTEN: 08/20/08, AT 21:30   OFFICER: BDL41 - BEARDEN, DANIEL L
--------------------------------------------------------------------------------
II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _8_/_26_/_08_, AT _8_:_49AP_

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

                    DELIVERED BY : _____
--------------------------------------------------------------------------------
NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------
INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------------------
DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
--------------------------------------------------------------------------------

ISSO150 (01)                FLORIDA DEPARTMENT OF CORRECTIONS              08/27/2008
                              CHARGING DISCIPLINARY REPORT
                                   LOG # 107-081263
--------------------------------------------------------------------------------
DC#: P27035   INMATE NAME: EDLER, CURLEY A.                            INFRACTION
VIOLATION CODE:  0014   TITLE: DISRESP.TO OFFICIALS                    DATE: 08/25/08
FACILITY CODE:  107   NAME:  HOLMES C.I.                              TIME: 07:30
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS
     INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
     33-601.314, 1-4 DISRESPECT TO OFFICIALS.   ON MONDAY, AUGUST
     25, 2008 AT APPROXIMATELY 7:30AM, WHILE ASSIGNED AS SECOND
     SHIFT SUPERVISOR, I WAS REVIEWING INMATE GRIEVANCES
     SUBMITTED BY INMATE EDLER, CURLEY (P27035).   IN THE
     GRIEVANCE, INMATE EDLER STATES, " I DON'T KNOW WHAT THE FUCK
     IS GOING ON AROUND HERE, BUT I'M TIRED OF MY LIFE BEING
     THREATENED BY THESE CORRECTIONAL OFFICERS AROUND HERE."
     INMATE EDLER REMAINS IN DISCIPLINARY CONFINEMENT PENDING A
     REVIEW OF THIS REPORT.

     REPORT WRITTEN: 08/25/08, AT 07:40   OFFICER: TJS03 - THOMPSON, J. S.
--------------------------------------------------------------------------------
II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 8 /28 /08, AT 11 :45

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

                    DELIVERED BY :  _____  -  _____
--------------------------------------------------------------------------------

     NOTICE TO INMATE:
     AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
     CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------

     INVESTIGATION:
     AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
     DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
     OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
     THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
     OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
     SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
     HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
     TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------------------

     DELIVERY OF CHARGES:
     A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
     TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
     PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
     YOU SIGN THE WAIVER.
--------------------------------------------------------------------------------

```
ISSO150 (01)            FLORIDA DEPARTMENT OF CORRECTIONS         08/27/2008
                          CHARGING DISCIPLINARY REPORT    H221 2U
                               LOG # 107-081264
-------------------------------------------------------------------------------
   DC#: P27035   INMATE NAME: EDLER, CURLEY A.                    INFRACTION
   VIOLATION CODE:  0062   TITLE: DISOBEY REGULATIONS            DATE: 08/26/08
   FACILITY CODE:  107    NAME:  HOLMES C.I.                      TIME: 05:15
-------------------------------------------------------------------------------
```

I.    STATEMENT OF FACTS
      INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
      33-601.314, 6-2 DISOBEYING REGULATIONS.  INMATE EDLER
      VIOLATED CONFINEMENT RULE #21 OF THE WRITTEN CONFINEMENT
      RULES AND REGULATIONS, WHICH STATE, " ALL INMATES WILL BE
      PROPERLY DRESSED AND STANDING AT THEIR CELL DOOR DURING THE
      FOLLOWING TIMES: MASTER ROSTER COUNT, RECEIVING THEIR MEAL
      TRAYS AND WHEN NURSES DISPENSE MEDICATION."  A COPY OF THESE
      RULES WERE ISSUED TO INMATE EDLER UPON HIS PLACEMENT IN
      CONFINEMENT.  ON TUESDAY, AUGUST 26, 2008 AT APPROXIMATELY
      5:15AM, WHILE ASSIGNED AS DISCIPLINARY CONFINEMENT HOUSING
      OFFICER, I OBSERVED INMATE EDLER, CURLEY (P27035) FAILING TO
      BE PROPERLY DRESSED AND STANDING AT HIS CELL DOOR TO RECEIVE
      HIS MEAL TRAY.  THE SHIFT OIC WAS NOTIFIED FOR APPROPRIATE
      ACTION.  INMATE EDLER REMAINS IN DISCIPLINARY CONFINEMENT
      PENDING A REVIEW OF THIS REPORT.


   REPORT WRITTEN: 08/26/08, AT 06:15   OFFICER: CMP05 - CAPPS, MARCUS P.
-------------------------------------------------------------------------------

II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED:  _8_/_27_/_08_, AT _11_ : _40A_

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

                    DELIVERED BY : _____ - _____
-------------------------------------------------------------------------------

   NOTICE TO INMATE:
   AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
   CONDUCT, YOU ARE ADVISED THE FOLLOWING:
-------------------------------------------------------------------------------

   INVESTIGATION:
   AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
   DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
   OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
   THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
   OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
   SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
   HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
   TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
-------------------------------------------------------------------------------

```
ISSO150 (01)          FLORIDA DEPARTMENT OF CORRECTIONS      Y210cU    08/06/2008
                       CHARGING DISCIPLINARY REPORT
                            LOG # 107-081158
```
------------------------------------------------------------------------
```
DC#: P27035   INMATE NAME: EDLER, CURLEY A.                      INFRACTION
VIOLATION CODE:  0013   TITLE: SPOKEN THREATS                    DATE: 08/05/08
FACILITY CODE:   107    NAME: HOLMES C.I.                        TIME: 08:15
```
------------------------------------------------------------------------

I.   STATEMENT OF FACTS
     INMATE EDLER, CURLEY (P27035) IS IN VIOLATION OF CHAPTER
     33-601.314, 1-3 SPOKEN THREATS.  ON TUESDAY, AUGUST 5, 2008
     AT APPROXIMATELY 8:15AM, WHILE ASSIGNED AS ADMINISTRATIVE
     CONFINEMENT SUPERVISOR, I WAS MAKING A ROUTINE CONFINEMENT
     CHECK WHEN I APPROACHED CELL Y-2101 AND OBSERVED INMATE
     EDLER, CURLEY (P27035) STANDING AT HIS CELL DOOR.   INMATE
     EDLER STATED, " YOU BETTER MAX MY ASS OUT IN HERE, 'CAUSE IF
     YOU LET ME BACK OUT ON THE POUND, I'M GOING TO GET FIFTEEN
     (15) YEARS ADDED BACK TO MY SENTENCE WHEN I SEE THAT FUCKING
     OFFICER IN MEDICAL."   INMATE EDLER WAS ORDERED TO REMOVE
     HIMSELF FROM THE CELL DOOR.   INMATE EDLER THEN STATED, " I
     SWEAR ON MY MOTHERS' GRAVE, 'CAUSE I DON'T HAVE NOTHING TO
     LIVE FOR WHEN I GET OUT."  INMATE EDLER THEN TURNED AND GOT
     ON HIS BED AND REMAINED QUIET.   THE SHIFT OIC WAS NOTIFIED
     FOR APPROPRIATE ACTION.   INMATE EDLER REMAINS IN
     ADMINISTRATIVE CONFINEMENT PENDING A REVIEW OF THIS REPORT.

_(Guilty)_
_(Accepted)_

REPORT WRITTEN: 08/05/08, AT 09:15   OFFICER: BGR04 - BUSH, G. R.
------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _8_ /_7_ /_08_ , AT _8.04am_

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

               DELIVERED BY : _X_ - _O 2hul_
------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

_(C. Det Smith_
_Region Inspector)_

**PART B - RESPONSE**

| EDLER, CURLEY | P27035 | 0808-107-036 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log # 0808-107-036

Your formal grievance has been received and reviewed.

You are advised that after review, this formal grievance is being returned without further processing due to the following as stated in the Rules of the Department of Corrections:

33-103.014 (m):   The inmate has used multiple copies of grievance forms rather than attachments as continuation sheets.

This grievance is RETURNED without further action or disposition.

If you desire administrative review of your complaint, you may re-file utilizing the proper procedure or correct the stated deficiency and re-file if upon receipt of this notification the filing is within the allowable timeframe as set forth in Chapter 33-103.011.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/21/08 <br> DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**PART B - RESPONSE**

| EDLER, CURLEY | P27035 | 0808-107-036 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log # 0808-107-036

Your formal grievance has been received and reviewed.

You are advised that after review, this formal grievance is being returned without further processing due to the following as stated in the Rules of the Department of Corrections:

33-103.014 (m):   The inmate has used multiple copies of grievance forms rather than attachments as continuation sheets.

This grievance is RETURNED without further action or disposition.

If you desire administrative review of your complaint, you may re-file utilizing the proper procedure or correct the stated deficiency and re-file if upon receipt of this notification the filing is within the allowable timeframe as set forth in Chapter 33-103.011.

8/21/08

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**PART B - RESPONSE**

| EDLER, CURLEY | P27035 | 0808-107-032 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log # 0808-107-032

This office has received and reviewed your grievance as well as the contents of your disciplinary report written on 8/06/08 for Disorderly Conduct. The basis of your grievance is that you did not push your tray on to the floor of the confinement unit because you have no funds and depend upon state meals to eat. Officer Langford states that while assigned as Administrative Confinement officer, he was passing out the noon meal trays when he approached cell Y-2101, which is assigned to you. You were standing at your cell door as he placed your tray on the cell door's food flap. At this time, you smiled at him and pushed your food tray off of the food flap and onto the floor. You then turned around and went back to your bunk and laid down. You are the only inmate assigned to that cell.

Your grievance is DENIED in that you have not provided substantial evidence to reverse the disciplinary team's verdict.

You have 15 calendar days from the date of this response in which to obtain further administrative review of your complaint by completing form DC1-303, providing all necessary attachments, and forwarding to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/28/08 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From: EDLER CURLEY A.          P27035          Holmes C.I.
Last    First    Middle Initial          Number          Institution

DISPLINARY APPEAL- LOG# 107-081169

Part A – Inmate Grievance          0808-107-032

WHO, WHAT, WHEN, WHERE, HOW, WHY, On August 6, 2008 at approximately 10:31 A.M. there were a "Displinary Report," written with the alleged violation of Chapter 33-601.314. 9-17
**NOTE:** This is the first step in the "Displinary Appeal" procedure Depending on the response this will be Forwarded to "Talbahassee", I also want the Respondent to be advised that this is in fact the "Original APPEAL" and appeallant has a copy that is "Identical" to ensure a response is sent back.
**+ "APPEAL"+**

OFFICER: On August 6, 2008 at approximately 10:31 A.M. while assigned as Administrative Confinement Officer, I was passing out the noon meals trays when I approached Cell Y-2101 which is assigned to Inmate EDLER, CURLEY (P27035). Inmate EDLER was standing at his cell door as I placed the His tray on the cell Door's food flap. At this time, Inmate EDLER smiled at me and pushed his food tray off of the food flap and onto the floor. He then turned around and went back to his bunk and laid down.

Inmate: This "Displinary Report" is being challenged due to the allegations that were alleged against me. Correctional officer Jason, Langford, alleged that I smiled at him and pushed my tray onto the floor and went to lay down. Why in the World would I push my food on the floor. This is why I wouldn't push my food on the floor. Due to the facts that I have been an "Indigent" Inmate for 3½ months now, I don't have money, and the (3)meals that the State(s) Department of Corrections provide for me is all I look forward to, I have no reason to push my food onto the floor whether it's good or bad food I have no choice but to eat it I have no Money, I have no food, I have no Hygein, I have no family but there to send me money, so why would I push my food on the floor.

August 19, 2008          ATTACHED RESPONSE          Curley Antonio Edle P27035
DATE          SIGNATURE OF GRIEVANT AND D.C. #
Witnessed by: Christopher Simmons OF# 130039

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
#          Signature

INSTRUCTIONS

**PART B - RESPONSE**

| EDLER, CURLEY | P27035 | 0808-107-031 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log # 0808-107-031

This office has received and reviewed your grievance as well as the disciplinary report written on 8/6/08 for Disorderly Conduct. The basis for your grievance is that the statement of facts contain the incorrect cell number. You were housed in cell number y-2101 but the statement of facts originally was listed as y-2102 but a pen and ink change was made by the investigator prior to charges being delivered. Officer Sanders states that while assigned as Administrative Confinement officer, he was conducting a routine security check on Wing Two of the confinement unit. At this time, you were in cell Y-2101 and called him to your cell door and began stating, "You need to get the fuck off my wing! I'm going to sue all you motherfuckers at Holmes C.I.!" He attempted to counsel with you about your disruptive behavior. You then stated, "Get your fat ass off my wing"! He gave you a verbal order to get on your bunk and be quiet, to which you complied.

Your grievance is DENIED in that you have not provided substantial evidence to reverse the disciplinary team's verdict.

You have 15 calendar days from the date of this response in which to obtain further administrative review of your complaint by completing form DC1-303, providing all necessary attachments, and forwarding to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| | | 8/28/08 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: EDLER CURLEY A.      P27035      Holmes Correctional Institution
      Last   First   Middle Initial      Number      Institution

DISPLINARY APPEAL - LOG # 107-081170

Part A – Inmate Grievance      0808-107-031

WHO, WHAT, WHEN, WHERE, HOW, WHY, On-August 6, 2008 at approximately 3:00 p.m. there were a "Displinary Report" written with the alleged violation of Chapter 33-601-314 9-37

NOTE: This is the first step in the "Displinary Appeal" procedure, "Depending on the response this will be Forwarded to "Tallahassee," I also want the "Respondent" to be advised that this, is in fact the "Original APPEAL", and appellant has a copy that is "Identical", to ensure a response is sent back.

↓ "APPEAL" ↓

OFFICER: On-Wednesday August 6, 2008 at approximately 3:10 p.m. while assigned as Administrative Confinement officer, I was conducting a routine security check on wing two of the Confinement Unit. At this time, Inmate EDLER, CURLEY (P27035) In cell Y-2102 called me to his cell door and began began stating "You need to get the Fuck off my wing! I attempted to counsel with Inmate EDLER About his disruptive behavior. Inmate EDLER then stated, "Get Your Fat-Ass off my Wing.

INMATE: This "Displinary Report" is being "Appealed" due to facts, that the officer allegations that were alleged, correctional officer (Sanders) alleged in part he was Conducting a "Routine Security Check" Routine Means- Same thing, and I called him to my cell (Y-2102) this officer has falsified falsyfied his "Displinary Report" I was never housed in Cell Y-2102, I was in Cell Y-2101-U, and he alleged I called for him, if he was sure, it was me Call him, then he correctional officer Sanders, should know as what cell I was in. This Incident Report states in the First line - "Statement of Facts" it is not a "fact" that I was housed in Y-2102- it is Fact that I was housed in Y-2101-U, nor did I call this officer to my cell, I don't even know who officer Sanders is, This "Displinary Report" does not hold facts.

August 19, 2008      SEE ATTACHED RESPONSE      Curley Antonio Edler P27035
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #
                    Witnessed By: Christopher Simmons DC#132039

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                       #      Signature

INSTRUCTIONS

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-045 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10L (IMPROPER CONDUCT (SEXUAL))

| 8/26/08 | 0808-107-045 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Edler Curly Antonio _____ P27035 _____ Holmes Correctional Institution
　　　Last　　First　　Middle Initial　　　　Number　　　　　　Institution

0808-107-036

---

### Part A – Inmate Grievance

This is in fact a "Notice," to Holmes Correctional Institution, Supervisor Official(s), I am writing in regards to a "Sexual Abuse" that took place with me on (August 2, 2008) I have "Forwarded," a "Formal Grievance" to Tallahassee in more "Details," I've spoken to Inspector Coffee on (August 8, 2008) alledgeing only an abuse I never mentioned in the first investigation about the Sexual Abuse, due to facts I was threatned by Captain-Scott Correctional Sergeant Marsh, Correctional Officer K.P.-Forehand, Correctional Colonel A.K. Schwarz, Correctional Sergeant Terry, Watkins, Correctional Officer C.C. Sanders, Correctional Officer Jason, Langford Correctional Officer-Teal, Art W., Correctional Officer Bush, G.R. but did in fact try to give him a hint advising him on recorded tape, that there were more I had to tell him but I'm in "Fear" for my life here so please be advised of the following:

Supervisor Liability- A supervisor official who Causes or participates in a violation of my rights may be liable under some Circumstances. As with all Claims against individuals under Section 1983, the requirement of personal involvement persists when I seek to hold a supervisor liable. Therefore, supervisor liability under Section 1983 should not be Confused with "respondeat superior," which is the idea that supervisors are legally responsible for-

August 20, 2008 _____ SEE ATTACHED RESPONSE _____ Curley Antonio Edler P27035
DATE　　　　　　　　　　　　　　　　　　　　SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　　　Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institution channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/21/08 _____ Institutional Mailing Log # 0808-107-036 _____ SPeters
　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　　　　　(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

Documentations During The Month of August 2008

"Dates; That Correspondence Were made Concerning Officer(s) Misconduct"

**STATE OF FLORIDA**
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections

From: _Cueller, Cumby Antonio_   _#27035_   _Holmes Correctional Institution_
  Last    First    Middle Initial      Number         Institution

---

Part A – Inmate Grievance

their subordinates' actions ~~wheather~~ whether or not the supervisor had actual knowledge of the actions. The Concept of respondeat superior does not operate in Section 1983 ~~Claim~~ lawsuits. Thus in Section 1983 Claims, supervisory officials Can not be Charged with responsibility for lower officials' act's unless they were "personally involved" in them. As with any other individual, a supervisor may be liable if he directly participated in the violation of your rights, for example, by participating in an assault on you. In addition, a supervisor is Considered to be "personally involved" in a Constitutional violation if: (1) The supervisor, "after learning of [a] violation [of my rights]... failed to remedy the wrong"; or (2) The supervisor "Created a policy or Custom under which" my Constitutional rights were violated, "or allowed such a policy or Custom to Continue;" or (3) The supervisor was deficient in managing subordinates who violated my rights. To hold a supervisor liable in any of the above Situations, I must show that the supervisor acted with "deliberate indifference." Deliberate indifference in this Context essentially occurs where there is a substantial risk of Constitutional harm that a supervisor knows about or should know about and that he fails to prevent or remedy. However, this formulation of the deliberate indifference standard Can vary from Circuit and may depend on the →

_August 20, 2008_
DATE

_Cumby Antonio Cueller #27035_
SIGNATURE OF GRIEVANT AND D.C. #

*Handwritten margin notes (right side):* Turn This Page over REVERSE SIDE - Page(3) is The Beginning of Page(2)

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                              #            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institution channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                              (Date)                                                                    (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE, GRIEVANCE FILE

DC1-303 (Revised 2/05)

*Handwritten note (bottom right):* Turn Over Inmate Log →

August 20, 2008- (Read Tolerson here (4) times to O.C.-1303 formal grievance slips, alleging failure of officers to perform duties). Failure to act to "remedy the wrongs (Pursuant management of subordinates.)

August 21, 2008- Received supervising officer that there were still the 19 of August that the retaliation remained on the 20 August ...

August 22, 2008- I was passed out of the supervising conference to meet with grievance officer to find ... inspector ... officer ...

August 22, 2008- Received by Medical Conference Conducted conference ...

August 23, 2008- Received by "Medical Center investigation grievance close Dollar"; the threat was still concerning ... also present ...

August 23, 2008- Received grievance slip ... assessment for ...

August 23, 2008- Grievance appeal Notice Response log #0808-107-036- returned without Action. Due to the "retaliation ... multiple Copies of grievance Action ... for each grievance ..." also ...

August 23, 2008- Grievance Appeal return to the "retaliation w. J. Hall" grievance log #0808-107-036- please in multiple Copies ...

August 24, 2008- Received Point of witnessed grievance log #0808-107-036- placed in grievance box ...

August 24, 2008- Appealed Disciplinary Report ... (Corrections Officer K.H. Freeman) on August 2, 2008 Disciplinary log #107-081143

August 24, 2008- Appealed Disciplinary Report to the Mental Health Screening functions ... #107-08111) from (Corrections Officer ...

(Receipt received) August ...

August 24, 2008- Resubmitted Grievance ... to Tallahassee ... Appeal ... requesting legal documents for visually and financing Certificate

August 25, 2008- (Nurse Hampton, Crystal) passed out of my cell ... and P.O.C.) nurse J. Hampton passed ... P.O.4130251 ... the incident that she called ...

August 25, 2008- (Corrections Officer ... Lieutenant Dismissed) ... Freeman ...

Monday
August 25, 2008- 0841.30251 ...

August 26, 2008- Filed August to Mental Health ... Mental Health ...

August 26, 2008- Received Disciplinary Report ... by Corrections Officer Lieutenant ... 0802251 ... Laundry, Corrections officer ... 8/1/108 ... log #107-0811243 ...

August 26, 2008- Refused this ... Disciplinary ... (Page #13113) ... (Certificate and Consent form received) 8-20-08

August 26, 2008- Refused ... Disciplinary ... "Balance Certificate" ... (mailed ...) ...

August 26, 2008- Went to 1/4 Hearing ... Disciplinary ... for 30 days which puts me on a Total of (810 days) N/C

August 29, 2008- (Captain Cheman) ... Chairman approved my DR ... tell me the following: "... if you write one more grievance slip I will ..."

August 29, 2008- Corrections officer approached my door and tell me ... 31 ... the investigation is over will put more down ... I have also spoken very briefly with ... on that this colony you stick ...

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From: _Eedles  Curley  Antonio_     _P27035_     _Holmes Correctional Institution_
　　　　Last　　First　　Middle Initial　　Number　　　　Institution

---

Part A – Inmate Grievance

type of supervisor liability _I am_ claiming. Be sure to look at cases in your circuit to see how deliberate indifference is defined in supervisor liability context.

Please be advised of the following: ~~Failur~~

Failure to Act to Remedy a Wrong: If a supervisor becomes aware of a violation of my rights, but fails to take steps to remedy the violation, he may be liable under Section 1983. Information about a violation of my rights may come to a supervisor's attention in a variety of ways. The supervisor may learn of the violation through an appeal ~~you~~ I make through the prison grievance system, or the appeal of a disciplinary decision. He, the supervisor may learn of a violation through a report, or through a filing of a lawsuit. Supervisor may also learn of a violation through informal sources of information, such as letters from prisoners or by directly witnessing the violation. Regardless of how supervisor learns of a violation of my rights, the information he receives must be sufficient to put him on notice of the nature of the violation so that it can be said that the supervisor knew or should ~~to~~ have known of the violation. Note, some courts have held that prisoner letters are sufficient to put prison officials on notice of a violation. Moreover, the nature of the

_August 20, 2008_　　　　　　　_Curley Antonio Eedles_  P27035
　　DATE　　　　　　　　　　SIGNATURE OF GRIEVANT AND D.C. #

(margin, rotated) TURN THIS PAGE OVER - REVERSE SIDE ↗

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ /  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　　　Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log # _____
　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

(margin note) Turn over Log — Inmate Log ↗

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Eccles    Curley    Antonio      P27035      Holmes Correctional Institution
     Last     First    Middle Initial      Number      Institution

---

### Part A – Inmate Grievance

violation so that it can be known of the violation. Violation must be one that the particular supervisor or has the authority to correct or has responsibility over. Finally the supervisor have failed to remedy the violation. Deficient Management of Subordinates:

A supervisor may be liable if a staff member violates my Constitutional rights as a result of that supervisor's mismanagement of subordinates. This type of liability can arise when the supervisor (1) knew of a subordinate's past misconduct and failed to take action to remedy it, (2) failed to set up policies that help guide subordinates' conduct so that violation(s) of my Constitutional rights do not occur, (3) failed to inform staff of and train them on policies designed to avoid Constitutional deprivations, or (4) failed to properly supervise staff to ensure that they adhere to policies. My complaint alleges that the violation of my rights was the result of a failure to train staff (the third basis for liability under a deficient management theory), the deliberate indifference standard has a unique meaning. Deliberate indifference in this context requires me to show "a complete failure to train, or training that is so reckless or grossly negligent that future misconduct is almost inevitable. And please be advised that on this 20th day of August 2008 sealed under my hand that the forgoing information is to advise Holmes Correctional Institution

August 20 2008
DATE

Curley Antonio Eccles P27035
SIGNATURE OF GRIEVANT AND D.C. #

*(right margin)* Turn This Page over

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                              #           Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institution channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log # _____ _____
                          (Date)                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

*AWAITING YOUR RESPONSE!!*

Please Be Advised "Captain Scott", advised me today that he was gonna get Captain Duranne to Gas me and my roommate on 08-21-08 that "I'm seeking Justice" for the "Unlawful & Intentioned Sexual Abuse misconduct, that took place" here at Holmes Correctional Institution, and that all information that is listed on these DC 1-303(s) have been hand Copied for my "Personal Records", and a Copy have been Furnished to the "Federal Courthouse" A.C.U., A.A.C.P. for review and help with filing a Law-Suit against this Institution's misconduct. (Correctional Captain Scott) just left my door asking my Roommate Cristeper Christopher Simmons where's Euler at where is she at" then was said when he saw me "There's that pretty Bitch". I do have reason to believe that on August 20, 2008, Correctional Captain Scott is prefering to the "Sexual Abuse", that took place My Life is in Jeperdy at Holmes C.I.

End of Notice

Witnessed By:

Christopher Simmons
DC# 130039

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: 05
Institution: Holmes C.I.

_Informal Grievance_

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Eidler, Curley A. | P27035 | H-2101-L | None | 08-20-08 |

**REQUEST**

On August 20, 2008 "Correctional Sergeant Denton" approached my cell door in Disiplinary Confinement H-2101, and alleged to me that (Correctional Officer K.P. Ferichand) said to him, "Tell Inmate "Eidler" he's gonna get what's coming to him so if he know what's best he'll stop putting my name on fucking paper." How did (Correctional Officer K.P. Ferichand) know I was putting his name on paper, I don't know what the "Fuck" is going on around here, but I'm tired of my life being threatened by these Correctional officer's around, I keep writing Grievance after Grievance, and this matter gets worse by the minute, my "Attorney" and my Family will get a Copy of this "notice" to the Institution And if action is not taken then they will Contact the U.S. Marshalla to persue with a Law Suit for putting and keeping my life in danger.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Witnessed By: Christopher Simmons DC#130039

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 0808-107-028          DATE RECEIVED: 8-22-08

Forwarded to Security

Mr Eidler your grievance is in non-compliance with Chapter 33-103.005 sector 16.2 when completing the informal grievances if additional space is needed attachments will be attached around 103.014 i the inmate has written outside the area provided. For these reasons your grievance will be handled as a routine request and you have not met the first step in the grievance process. You cannot appeal this response. Staff have been interviewed and Deny your allegations. You will be recieving a Disciplinary report for 1-4 Disrespect to officials

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _Sgt Thorn_ | Date: 8-25-08 |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

Statement
cog#
for 2008 1263

cog#
Witness Statement # 1072008 1263
8-28-08
Disrespect to official

COG

8-28-08 - Correctional officer Johnson, verbally threatened me, physical harm, threat present

At no time have I approached the cell
that inmate Elder, Curry #P27015 is housed
in and used any type of profanity or used
made any type of threats toward him.
The grievance is denied.

Sgt Nhyton

Please be advised that I have attempted the "Exhaustion of Administrative Remedies", and there there is a informal Grievam "Formal Grievance" in "Central Office" in Tallahassee. I furnished a Copy to Mr. "Raul Decker" I have sent a "Formal Grievance" to the Institution as well, and the Reason why the Secretary's response is not attached due to facts that while I'm awaiting response, Correctional-Officials are "Retaliating" against me, officers Coming to my door threatning me, telling me they are gonna "Gas" me "Rape" me Jokes, they are moving me from the front of the Confinement Unit and put me in the very back of the Confinement Unit, so due to facts that all this is going on while the "Investigation" is being Conducted I feel as though filing this "Complaint", and sending proof of Appeal to the Secretary with this Complaint, and hope that this Complaint Can be taken seriously, My "Life" is being threatned every day. I have tried to Check-In to protective Custody by I was told that I couldn't Check in, and that I was getting Close Management for having so many "Displinary Reports." As soon as Tallahassee is "Done" Investigating the Sexual Abuse I will furnish a Copy As soon As possible. Sincerly, Curley Antonio Edd

**PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| EDLER, CURLEY | P27035 | 0808-107-036 | HOLMES C.I. | H2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10G (IMPROPER CONDUCT   (COMPLNTS))

| 8/21/08 | 0808-107-036 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |