IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURLEY ANTONIO EDLER,**

    Plaintiff,

vs.                          CASE NO. 5:08CV275-MCR/AK

**J. K. SCHWARZ, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Request to Effect Service. (Doc. 48). Service was ordered on April 2, 2009, (doc. 46), and summons have been issued. (Doc. 47). Plaintiff should await a response by the Defendants or an order of the Court and he should not file anything further until directed.

**DONE AND ORDERED** this _7th_ day of April, 2009.

                          s/ A. KORNBLUM
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**