IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURLEY ANTONIO EDLER,

      Plaintiff,

v.                                       CASE NO.: 5:08cv275-SPM/EMT

J.K. SCHWARZ, et al.,

      Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated May 13, 2010.  Doc. 162.  Plaintiff has been furnished a copy and was granted two extensions of time to file objections. (docs. 168 and 171).  No objections have been filed but Plaintiff filed several motions for voluntary dismissal (docs. 166, 169, and 173).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted as to the claims addressed therein.  Plaintiff's motions for voluntary dismissal, which were filed after the report and recommendation was issued, will be granted as to the remaining claims only.  See Davis v. Huskipower Outdoor Equip. Corp., 936 F.2d 193, 199 (5th Cir. 1991) (voluntary dismissal is properly denied when sought

after magistrate judge issues adverse recommendation); <u>Apel v. McCool</u>,

3:07cv315/RV/EMT, 2007 WL 452245, at *1 (N.D. Fla. Dec. 28, 2007) (denying

prisoner plaintiff's motion for voluntary dismissal sought after adverse

recommendation was issued by the magistrate judge) .  Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 162) is

adopted and incorporated by reference in this order.

2.     The motion for summary judgment filed by Defendants Hall,

Wellhausen, and Coffey (doc. 102) is granted.

3.     Defendants Hall, Wellhausen, and Coffey are dismissed from this

case.

4.     Plaintiff's motions for voluntary dismissal (docs. 166, 169, and 173)

are granted as to the remaining claims.

5.     The clerk shall issue a judgment in favor of Defendants Hall,

Wellhausen, and Coffey on the claims against them, and dismiss all remaining

claims without prejudice.

DONE AND ORDERED this 11th day of August, 2010.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge


CASE NO.: 5:08cv275-SPM/EMT